Filed 2/5/21  P. v. Miller CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>MASON GERALD MILLER,<br><br>    Defendant and Appellant. | 2d Crim. No. B306230<br>(Super. Ct. No. YA100157)<br>(Los Angeles County) |

Police officers ordered Mason Gerald Miller to stop the car he was driving.  Miller initially complied with the officers' commands, but then sped away, driving across medians, onto sidewalks, and into oncoming traffic.  After his car was disabled, Miller got out and fled on foot.  Officers eventually caught and arrested him.

Miller pled guilty to evading a peace officer (Veh. Code, § 2800.2), and admitted that he had suffered a prior "strike" conviction (Pen. Code, §§ 667, subds. (b)-(i), 1170.12, subds. (a)-(d)).  The trial court sentenced him to two years eight months in state prison.

We appointed counsel to represent Miller in his appeal. After counsel examined the record, he filed an opening brief that raises no arguable issues. On November 13, 2020, we advised Miller by mail that he had 30 days within which to submit any contentions or issues he wished us to consider. We have not received a response.

We have reviewed the entire record and are satisfied that Miller's attorney fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 441.) The judgment is affirmed.

NOT TO BE PUBLISHED.

TANGEMAN, J.

We concur:

GILBERT, P. J.

PERREN, J.

2

Amy N. Carter, Judge

Superior Court County of Los Angeles

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.